JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH MOORE AKA JOSEPH GRIMES,<br><br>　　　　　Petitioner,<br><br>　　　　v.<br><br>WARDEN A. HEDGPETH,<br><br>　　　　　Respondent. | CASE NO. CV 09-1719-JFW (PJW)<br><br>J U D G M E N T |

　　　Pursuant to the Order Dismissing Habeas Corpus Petition Without Prejudice,

　　　IT IS HEREBY ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

　　　DATED: November 17, 2009.

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

C:\Temp\notesFFF692\~7833768.wpd